No. 5661.—CRUZ, aplda., v. FRANCO, aplte.—C. D. Bayamón.  Mayo 6, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, fundada en que el escrito de apelación está dirigido a la corte de distrito y no al secretario de la misma y en que una resolución declarando con lugar una moción para desestimar una apelación de una corte municipal y ordenando el archivo del caso no es apelable por no ser una sentencia, siendo insuficiente el primero de dichos fundamentos para justificar una desestimación (*De la Cruz* v. *Porrata,* 39 D.P.R. 851 y *Roig Commercial Bank* v. *Sucesión Lugo,* 34 D.P.R. 155), y careciendo de mérito el segundo, no siendo de aplicación el caso *Del Valle* v. *Llompart,* 37 D.P.R. 798, citado por el promovente, no ha lugar a la desestimación solicitada.